# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147458(25)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 147458
                                       COA: 311987

WILLIE W. MOORE,
        Defendant-Appellant.
                                       Wayne CC: 96-009756-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is GRANTED. We VACATE our order dated November 25, 2013. On reconsideration, the application for leave to appeal the May 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0825

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014



Clerk